AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**BOBBI ROSE,**

            **Plaintiff,**

                                      **JUDGMENT IN A CIVIL CASE**

**vs.**

                                      **CASE NO.  2:12-cv-354**
**COMMISSIONER OF SOCIAL**          **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                         **MAGISTRATE JUDGE TERENCE P. KEMP**

                  **Defendant.**

    \_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Order filed May 9, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 9, 2013                       JOHN P. HEHMAN, CLERK

                                         */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                       Courtroom Deputy Clerk